**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1090**

MARK J. DUNCAN; IRIS S. DUNCAN,

             Plaintiffs - Appellants,

        v.

SHIRLEY GIBSON MCKINNEY; ROBERT MCKINNEY; SARAH HUDSON; WALMART CORPORATION; GREGG BRADLEY,

             Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:17-cv-01026-LCB-JEP)

Submitted:  April 17, 2018                        Decided:  April 20, 2018

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mark J. Duncan and Iris S. Duncan, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark J. Duncan and Iris S. Duncan appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Duncan v. McKinney*, No. 1:17-cv-01026-LCB-JEP (M.D.N.C., Jan. 11, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*